UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

WILLIAM LIONEL HAYES,

    Plaintiff,

v.

DAVID B. MULL, et al.,

    Defendants.

FILED
August 18, 2020
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

No. 5:20-CV-125-H

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

William Lionel Hayes, proceeding pro se, filed this civil-rights complaint on June 8, 2020. Dkt. No. 1. United States Magistrate Judge D. Gordon Bryant, Jr. reviewed the complaint and submitted findings and conclusions to this Court. Dkt. No. 7. Judge Bryant recommended that the Court dismiss Hayes's complaint under Federal Rule of Civil Procedure 41(b) for failure to prosecute and for not providing the Court with a valid means of contacting him. *Id.* at 2–3. Hayes did not file an objection to Judge Bryant's recommendation.

The Court has examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Hayes's complaint and the claims within it are dismissed without prejudice. All relief not expressly granted and any pending motions are denied.

So ordered on August 18, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE